TONY WEST
Assistant Attorney General
United States Department of Justice
Civil Division
J. MAX WEINTRAUB
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
STACEY I. YOUNG, DCBN 499324
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel.:  (202) 305-7171
Facsimile:  (202) 305-7000
Email: stacey.young@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ALCARAZ VELAZQUEZ | No.  C 09-1146-MEJ |
| Plaintiff, | |
| v. | **STIPULATION TO MOVE MOTION HEARING TO DECEMBER 17, 2009, AND REPLY BRIEF DEADLINE TO DECEMBER 3, 2009** |
| ERIC HOLDER, United States Attorney General; UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing for Plaintiff's and Defendants' Summary Judgment Motions set for Thursday, November 19, 2009, at 10:00 am, be moved to Thursday, December 17, 2009, at 10:00 am.  It is also stipulated by and between the parties that the reply brief deadlines for both parties be moved to December 3, pursuant to Local Rule 7-3(c).  The parties stipulate to these changes

Stipulation to Move Motion Hearing
to December 17, 2009, and Reply Brief
Deadline to December 3, 2009.
C09-1146-MEJ

1  because Defendants' counsel has been ill.  Defendants' counsel also needs sufficient time to
2  review documents, attached to a document filed in court on November 13, 2009, that Plaintiff's
3  counsel will send to Defendants' counsel on November 13, 2009, and should arrive on November
4  16, 2009.

Respectfully submitted,

Dated: November 13, 2009

 /s/ Maria Matan
MARIA MATAN
P.O. Box 489
Novato, CA 94945


Dated November 13, 2009

TONY WEST
Assistant Attorney General
United States Department of Justice
Civil Division
J. MAX WEINTRAUB
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section


 /s/ Stacey I. Young
STACEY I. YOUNG
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel.:  (202) 305-7171
Facsimile:  (202) 305-7000
Email: stacey.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Move Motion Hearing
to December 17, 2009, and Reply Brief
Deadline to December 3, 2009.
C09-1146-MEJ                                  -3-