TONY WEST
Assistant Attorney General
United States Department of Justice
Civil Division
COLIN KISOR
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
STACEY I. YOUNG, DCBN 499324
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

Attorneys for Defendants

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ALCARAZ VELAZQUEZ<br><br>Plaintiff,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General;<br>UNITED STATES CITIZENSHIP and<br>IMMIGRATION SERVICES<br><br>Defendants. | No. C 09-1146-MEJ<br><br>**STIPULATION TO MOVE MOTION HEARING TO MAY 20, 2010** |

      Plaintiff and Defendants stipulate, through their respective counsel, that the hearing on Plaintiff's motion for attorney's fees, set for April 29, 2009, at 10:00 am, be moved to Thursday, May 20, 2010, at 10:00 am. The parties stipulate to these changes because they want to reserve ample time for settlement negotiations.

Stipulation to Move Motion Hearing
to May 20, 2010
C09-1146-MEJ

Respectfully submitted,

Dated: April 9, 2010

 /s/ Maria Matan
MARIA MATAN
P.O. Box 489
Novato, CA 94945

Dated April 9, 2010

TONY WEST
Assistant Attorney General
United States Department of Justice
Civil Division
COLIN KISOR
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

 /s/ Stacey I. Young
STACEY I. YOUNG
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel.:  (202) 305-7171
Facsimile:  (202) 305-7000
Email: stacey.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

Stipulation to Move Motion Hearing
to May 20, 2010
C09-1146-MEJ                          -3-