# UNITED STATES DISTRICT COURT
## Northern District of California

JOSE A. VELAZQUEZ,

        Plaintiff(s),              No. C 09-01146 MEJ

  v.

ERIC HOLDER,                            **NOTICE OF CONTINUANCE**

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the hearing on Plaintiff's motion for attorney's fees, scheduled to take place on May 20, 2010, at 10:00 a.m. has been continued to July 15, 2010 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 12, 2010

                                                       _____
                                                       Brenda Tolbert, Courtroom Deputy to
                                                       Maria-Elena James,
                                                       Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**